IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON,<br><br>       Petitioner,<br><br>  vs.<br><br>AIESHA STANLEY,<br><br>       Respondent. | No. C 06-0078 JSW (PR)<br><br>**ORDER DISMISSING STATE HABEAS PETITION AS IMPROPERLY FILED IN THIS COURT**<br><br>**(Docket No. 3)** |

Petitioner, a state prisoner incarcerated at California State Prison in Vacaville, California, filed a *pro se* petition for a writ of habeas corpus in the United States District Court for the Northern District of California on February 7, 2006. However, the header on the petition identifies the court in which Petitioner intended to file the petition as San Francisco Superior Court. Further, on April 3, 2006, Petitioner filed a letter regarding the petition, along with a motion for counsel directed to the San Francisco Superior Court, specifically "Judge Dept. 18 Susan Breall" (docket no. 3). As such, it is apparent that Petitioner mistakenly filed his petition which was intended for the California state courts in federal court. Accordingly, this petition is DISMISSED without prejudice. As such, Petitioner's motion is DENIED as moot (docket no. 3).

IT IS SO ORDERED.

DATED: <u>May 17, 2006</u>

                                                 */s/ Jeffrey S. White*
                                                 JEFFREY S. WHITE
                                                 United States District Judge